**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RICKY R. FRANKLIN,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>NAVIENT, INC., and<br>STUDENT ASSISTANCE, INC.<br><br>　　　　　　Defendants. | Case No. 1:17-cv-01640-RGA |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ERIC M. HURWITZ, ESQUIRE

Pursuant to Local Rule 83.5 and the attached Certification, I, Joelle E. Polesky, Esquire, move for the admission *pro hac vice* of Eric M. Hurwitz, Esquire, to represent Defendants, Navient Solutions, LLC (incorrectly identified in the Complaint as "Navient, Inc.") and Student Assistance Corporation (incorrectly identified in the Complaint as "Student Assistance, Inc."), in this matter.

　　　　　　　　　　　　　　　　　　STRADLEY RONON
　　　　　　　　　　　　　　　　　　STEVENS & YOUNG, LLP

　　　　　　　　　　　　　　　　　　　*/s/ Joelle E. Polesky*
　　　　　　　　　　　　　　　　　　Joelle E. Polesky (ID No. 3694)
　　　　　　　　　　　　　　　　　　1000 North West Street, Suite 1279
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　Tel: (302) 295-4856
　　　　　　　　　　　　　　　　　　Fax: (302) 295-4801
　　　　　　　　　　　　　　　　　　Email: jpolesky@stradley.com

　　　　　　　　　　　　　　　　　　*Attorneys for Defendants,*
　　　　　　　　　　　　　　　　　　*Navient Solutions, LLC (incorrectly*
　　　　　　　　　　　　　　　　　　*identified in the Complaint as "Navient,*
　　　　　　　　　　　　　　　　　　*Inc.") and Student Assistance Corporation*
　　　　　　　　　　　　　　　　　　*(incorrectly identified in the Complaint as*
　　　　　　　　　　　　　　　　　　*"Student Assistance, Inc.")*

Dated: July 11, 2018