IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICKY R. FRANKLIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NAVIENT, INC., and<br>STUDENT ASSISTANCE, INC.<br><br>　　　　Defendants. | Case No. 1:17-cv-01640-RGA |

## CERTIFICATION OF ERIC M. HURWITZ, ESQUIRE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the following Bars: Supreme Court of Pennsylvania, Supreme Court of New Jersey, Court of Appeals of Maryland, New York State Court of Appeals, U.S. District Courts for the Eastern District of Pennsylvania, Middle District of Pennsylvania, Western District of Pennsylvania, Eastern District of New York, Southern District of New York, District of New Jersey, and District of Maryland, and U.S. Courts of Appeals for the Third, Fourth, and Sixth Circuits.

Pursuant to Local Rule 83.6, I further certify that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 has been paid _____ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ✓ (*check one*) to the Clerk's Office upon the filing of this motion.

                                                                               Eric M. Hurwitz
Stradley Ronon Stevens & Young, LLP
457 Haddonfield Road, Suite 100
Cherry Hill, NJ 08002
Tel: (856) 321-2406
Fax: (856) 321-2415
Email: ehurwitz@stradley.com

Dated: July 10, 2018

# 3591455