**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| RICKY R. FRANKLIN,<br><br>    Plaintiff,<br><br>v.<br><br>NAVIENT, INC., and<br>STUDENT ASSISTANCE, INC.<br><br>    Defendants. | Case No. 1:17-cv-01640-RGA |

## CERTIFICATION OF VLADIMIR PALMA, ESQUIRE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the following Bars: Supreme Court of Pennsylvania, Supreme Court of New Jersey, U.S. District Court for the District of New Jersey, U.S. Bankruptcy Court for the District of New Jersey. I am also admitted in the Supreme Court of Illinois but am in inactive status.

Pursuant to Local Rule 83.6, I further certify that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 has been paid _____ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted __X__ (*check one*) to the Clerk's Office upon the filing of this motion.

_____
Vladimir Palma
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Tel: (215) 564-8641
Fax: (215) 564-8120
Email: vpalma@stradley.com

Dated: July 20, 2018