# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICKY R. FRANKLIN,<br><br>   Plaintiff,<br><br>  v.<br><br>NAVIENT, INC., and<br>STUDENT ASSISTANCE, INC.,<br><br>   Defendants. | Case No. 1:17-cv-01640-RGA |

## MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS

  Pursuant to Rule 56 of the Federal Rules of Civil Procedure Defendants Navient Solutions, LLC (incorrectly identified in the Complaint as "Navient, Inc.") and Student Assistance Corporation (incorrectly identified in the Complaint as "Student Assistance, Inc.") move for summary judgment with respect to all of the claims of Plaintiff, Ricky R. Franklin.

The grounds for this motion are set forth in the accompanying Opening Brief of Defendants in Support of Motion for Summary Judgment, Declaration of Andrew Reinhart in Support of Defendants' Motion for Summary Judgment, Declaration of Sherry Highfield in Support of Defendants' Motion for Summary Judgment, and Declaration of Vladimir Palma in Support of Defendants' Motion for Summary Judgment, filed contemporaneously with this motion.

STRADLEY RONON STEVENS & YOUNG, LLP

*/s/ Joelle E. Polesky*
Joelle E. Polesky (ID No. 3694)
1000 North West Street, Suite 1279
Wilmington, Delaware 19801
Telephone: (302) 295-4856
Facsimile: (302) 295-4801
Email: jpolesky@stradley.com

*Attorneys for Defendants Navient Solutions, LLC (incorrectly identified as "Navient, Inc.") and Student Assistance Corporation (incorrectly identified as "Student Assistance, Inc.")*

Dated: November 5, 2018