## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF DELAWARE

RICKY R. FRANKLIN,

        Plaintiff,

        v.

NAVIENT, INC. and STUDENT
ASSISTANCE, INC.,

        Defendants.

Case No.: 1:17-cv-01640-RGA

**DECLARATION OF
SHERRY HIGHFIELD IN SUPPORT
OF DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT**

I, SHERRY HIGHFIELD, hereby declare under penalty of perjury:

1.    I am over 18 years of age, competent to testify, and the information provided in this Declaration is based on my personal knowledge. I make this Declaration in support of the Motion of Defendant Navient Solutions, LLC ("NSL"), incorrectly identified in the complaint as "Navient, Inc.," and Defendant Student Assistance Corporation ("SAC"), incorrectly identified in the Complaint as "Student Assistance, Inc.," for Summary Judgment.

2.    I am an employee of NSL, and my current position is Director, IT Service Delivery, Data Networks. I am familiar with the dialer operations and associated policies of both NSL and SAC (a corporate affiliate of NSL), and I make this Declaration on the basis of my personal knowledge and upon my review of the records of NSL and SAC of which I am a joint custodian, and which are maintained in the ordinary course of business, and if called to testify, I could and would competently swear to such facts.

3.    In the course of my duties with NSL and SAC, I am familiar with the student loan account at issue and the Complaint filed by Plaintiff, Ricky R. Franklin.

4.    In this action, both NSL and SAC produced logs (the "Call Logs") representing the calls each made to Franklin's cellular telephone number ending in 3733 (the "3733 Number.")

The information in these Call Logs is generated from the data maintained within both NSL's and SAC's dialing systems and exported into a table. The Call Logs reflect all the calls made by NSL or SAC to Franklin's 3733 Number during the time period of the Complaint. A true and correct, but redacted, copy of the Call Logs is annexed hereto as **Exhibit 1**.

5.     The Call Logs demonstrate that NSL first began calling Franklin's 3733 Number on March 17, 2015.  (*See* Call Log at Bates Number DEF000037.)

6.     NSL placed five (5) calls to Franklin's 3733 Number between March 17, 2015 and March 24, 2015.  All five calls were made using NSL's Interactive Intelligence ("ININ") telephony system.

7.     The Call Logs demonstrate that neither NSL nor SAC then placed any further calls to Franklin's 3733 Number until January 24, 2017.

8.     Specifically, beginning on January 24, 2017, NSL made twenty-nine (29) calls to Franklin's 3733 Number utilizing the LiveVox Human Call Initiator ("HCI") platform.  (*See* Call Log at Bates Number DEF000039 - DEF000040.)

9.     Between February 28, 2017 and March 27, 2017, SAC made thirty-six (36) calls to Franklin's 3733 Number utilizing the LiveVox HCI platform.  (*See* Call Log at Bates Number DEF000042 - DEF000044.)

10.     The LiveVox HCI system is a form of manual dialing.  During this type of dialing, an NSL or SAC agent logs into an online portal housed and maintained by LiveVox (a separate company from NSL or SAC) on a remote server.

11.     With the LiveVox HCI system, the NSL or SAC agent is then presented with a phone number to dial.  The agent either clicks on the telephone number to launch the call, or chooses to skip the number.

12.    If a LiveVox HCI call is launched and connects with a customer, it is transferred to a second NSL or SAC agent, known as a "closer agent", who speaks with the customer about the account and then ends the call by noting the result of the call in NSL's or SAC's system of record.

13.    A call placed using the LiveVox HCI platform cannot be made without human intervention to place the call.

14.    NSL also made two (2) calls to Franklin's 3733 Number on March 6, 2017 and March 20, 2017, utilizing the ININ system in Preview Mode.  (*See* Call Log at Bates Number DEF000038, Column Titled "Campaign Type".)

15.    SAC made an additional six (6) calls to Franklin's 3733 Number between March 2, 2017 through March 20, 2017, also utilizing the ININ system in Preview Mode.  (*See* Call Log at Bates Number DEF000041, Column Titled "Campaign Type".)

16.    Preview Mode is also a form of manual dialing.  During this type of dialing, the NSL or SAC agent is presented with a customer's account information at his or her workstation, and determines whether to place a call to the customer.

17.    In Preview Mode, the agent views a given customer's account profile, then manually initiates a telephone call by clicking the phone button to dial the phone number on his or her screen via a keyboard command or mouse click.  The agent then listens to the phone ring, speaks with the customer about the account (if reached) and then ends the call by noting the result of the call in NSL's or SAC's system of record.

18.    Consequently, a Preview Mode call cannot be placed without human intervention to launch the call.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct

Dated:  November 2, 2018

Sherry Highfield

# 3705858