# EXHIBIT 2

05/04/2012  15:17    7705072980                    MAIL AND MORE                          PAGE  01/01

**SallieMae**
www.SallieMae.com
P.O. BOX 9500
WILKES-BARRE PA 18773-9500                                                    (888) 272-5543



# UNEMPLOYMENT DEFERMENT REQUEST

**Federal Family Education Loan Program**

WARNING: Any person who knowingly makes a false statement or misrepresentation on this form or on any accompanying documents is subject to penalties that may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097

| OMB No. 1845-0005 |
| Form Approved |
| Exp. Date 05/31/2012 |

**UNEM**

## SECTION 1: BORROWER IDENTIFICATION

Please enter or correct the following information

SSN  _7 5 0 2 9_

Name  _Ricky Franklin_

RICKY R FRANKLIN
708 BRAMBLING WAY
STOCKBRIDGE        GA   30281-9040
08

Address  _708 Brambling Way_

City, State, Zip Code  _Stockbridge, GA 30281_

Telephone - Home  (___) ___-_3735_

Telephone - Other (___)

E-mail Address (Optional)  _____

## SECTION 2: DEFERMENT REQUEST

*Before answering any questions, carefully read the entire form, including the instructions and other information in Sections 4, 5, and 6.*

■ I meet the qualifications stated in Section 6 for an Unemployment Deferment and request that my loan holder defer repayment of my loan(s). **To document eligibility,** complete the following:

(1) I became unemployed or began working less than full time (see definition in Section 5) on |_1_|_1_|-|_1_|_6_|-|_2_|_0_|_1_|_1_|  Except as explained in Section 3, my deferment begins on this date, unless I request my deferment to begin on the following later date |__|__|-|__|__|-|__|__|__|__|

(2) **Check ONE of the boxes below:**

(A) ☑ I am diligently seeking but unable to find full-time employment in the United States (see definitions in Section 5) in any field or at any salary or responsibility level. I am registered with a public or private employment agency if there is one within 50 miles of my current address. Further, if I am requesting an extension of an existing unemployment deferment, I have made at least 6 diligent attempts to find full-time employment in the most recent 6 months.

*NOTE: School placement offices and "temporary" agencies do not qualify as public or private employment agencies.*

**OR**

(B) ☐ I am eligible for unemployment benefits, and I have attached documentation of my eligibility for these benefits. The documentation includes my name, address, and social security number, and shows that I am eligible to receive unemployment benefits during the period for which I am requesting deferment.

## SECTION 3: BORROWER UNDERSTANDINGS, CERTIFICATIONS, AND AUTHORIZATION

■ I understand that:

(1) I am not required to make payments of loan principal during my deferment. Interest will not be charged on my subsidized loan(s) during my deferment. However, interest will be charged on my unsubsidized loan(s).

(2) I have the option of paying the interest that accrues on my unsubsidized loan(s) during my deferment.

(3) I may choose to make interest payments by checking the box below. My loan holder may capitalize interest that I do not pay during the deferment period.

☐ I wish to make interest payments on my unsubsidized loan(s) during my deferment.

(4) My deferment will begin on the date the condition that qualifies me for the deferment began, as shown in Section 2, item (1), unless I request my deferment to begin on a later date. However, if this is my first unemployment deferment request for my current period of unemployment and I am not providing documentation of my eligibility for unemployment benefits, my deferment will begin no more than 6 months before the date my loan holder receives this request, even if I became unemployed or began working less than full time more than 6 months ago.

(5) My deferment will end on the earlier of the date that the condition that establishes my deferment eligibility ends or the date on which I exhaust my maximum cumulative eligibility as explained in Section 6.

(6) My deferment will last for no more than 6 months after the date my loan holder receives the deferment request. I must reapply every 6 months.

(7) My loan holder will not grant this deferment request unless all applicable sections of this form are completed and any required additional documentation is provided.

(8) If my deferment does not cover all my past due payments, my loan holder may grant me a forbearance for all payments due before the begin date of my deferment or—if the period for which I am eligible for a deferment has ended—a forbearance for all payments due at the time my deferment request is processed.

(9) My loan holder may grant me a forbearance on my loans for up to 60 days, if necessary, for the collection and processing of documentation related to my deferment request. Interest that accrues during this forbearance will not be capitalized.

■ I certify that: (1) The information I have provided in Sections 1 and 2 above is true and correct. (2) I will provide additional documentation to my loan holder, as required, to support my deferment status. (3) I will notify my loan holder immediately when the condition(s) that qualified me for the deferment ends. (4) I have read, understand, and meet the eligibility criteria of the deferment for which I have applied, as explained in Section 6.

■ I authorize the school, the lender, the guarantor, the Department, and their respective agents and contractors to contact me regarding my loan(s), including repayment of my loan(s), at the current or any future number that I provide for my cellular telephone or other wireless device using automated telephone dialing equipment or artificial or prerecorded voice or text messages.

Borrower's Signature  _[signature]_                        Date  _30 APR 12_

DEF000025

Page 1 of 3

92120452559590039R

R003    C42408    0000    DUN3I