# EXHIBIT 6

09/24/2015 03:20PM 7702492542 SHAW RICK FRANKLIN PAGE 01/01



# MANDATORY FOBEARANCE REQUEST
## STUDENT LOAN DEBT BURDEN

**SLDB**

William D. Ford Federal Direct Loan (Direct Loan) Program / Federal Family Education Loan (FFEL) Program

OMB No. 1845-0018
Form Approved
EXP. Date 7/31/2015

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form or on any accompanying document is subject to penalties that may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

### SECTION 1: BORROWER IDENTIFICATION

Please enter or correct the following information.
☐ Check this box if any of your information has changed.

RICK R FRANKLIN
708 BRAMBLING WAY
STOCKBRIDGE GA 30281-9040

SSN: -2509
Name: Ricky Franklin
Address: 708 Brambling Way
City, State, Zip:
Telephone - Home: ( ) -
Telephone - Other:
E-mail (optional):

### SECTION 2: FORBEARANCE REQUEST

Before completing this form, carefully read the entire form, including the instructions and other information in Sections 4, 5, and 6.

- I request that my loan holder grant a forbearance on my loan(s) beginning 0 4 - 2 8 - 2 0 1 5 for a period of up to 12 months, unless an earlier ending date is indicated here ___ ___ - ___ ___ - ___ ___ ___ ___ . I request this forbearance because the total monthly payment on all my eligible federal education loans is equal to or greater than 20% of my total monthly income.
- If this forbearance request is approved, I want to (check one)
  ☒ Temporarily stop making payments; or
  ☐ Make smaller payments of $_____ per month.

Check one:
☐ My total monthly income from all sources is $_____. I have attached documentation of this income as described in Section 6.
☒ I receive no income or receive only untaxed income. Examples of untaxed income include Supplemental Security Income, Child Support, or Federal or State Public Assistance.

### SECTION 3: BORROWER UNDERSTANDINGS, CERTIFICATIONS, AND AUTHORIZATION

- I understand that:
  (1) My loan holder will not grant this forbearance request unless all applicable sections of this form are completed and required documentation is provided.
  (2) If I am past due on payments not covered by this forbearance, my loan holder may grant an additional forbearance on my loan(s) to resolve all payments due when my request is processed, and all unpaid interest may be capitalized (as defined in Section 5) as permitted by law.
  (3) If I do not qualify for this forbearance, my loan holder may apply a discretionary forbearance for the same period if I am eligible.
  (4) I am responsible for, and have the option to pay, the interest that accrues on my loan(s) during forbearance. Any unpaid accrued interest which I do not pay may be capitalized by my loan holder as permitted by law.
     ☐ I wish to make interest payments on my loan(s) during my forbearance.
  (5) I may make payments during the forbearance period to reduce the total amount I owe on my student loan(s).
  (6) At the end of the forbearance, I may apply for another period of forbearance of up to 12 months if I continue to meet the eligibility requirements. The maximum time allowed for this forbearance is 3 years.
- I certify that:
  (1) The information I have provided above is true and correct.
  (2) I will provide additional documentation to my loan holder, as required, to support my forbearance request.
  (3) I will notify my loan holder immediately when the condition that qualified me for the forbearance ends.
  (4) I have read, understand, and meet the eligibility requirements of this forbearance as explained in Section 6.
  (5) I agree to repay my loan(s) according to the terms of my promissory note(s), regardless of whether the forbearance is granted.
- I authorize the entity to which I submit this request (i.e., the school, the lender, the guaranty agency, the U.S. Department of Education, and their respective agents and contractors) to contact me regarding my request or my loan(s), including repayment of my loan(s), at the number that I provide on this form or any future number that I provide for my cellular telephone or other wireless device using automated telephone dialing equipment or artificial or prerecorded voice or text messages.

Borrower's or Endorser's Signature: _Ricky_____ Date: _24Sep15_

Page 1 of 3

DEF000034



F440    C42921    S    0000