

**EXHIBIT 7**



## Edit Your Contact Information

**We would like to ensure we have the most up to date records for your student loan account. Please take a few moments to review your contact information and update as needed. If no changes are needed, please click Submit.**

It is important that we have your most current address, telephone number, and email address. Use this form to update and/or verify any part of your contact information. **Required fields are marked with (\*).**

### NAME AND DATE OF BIRTH

| | | |
|---|---|---|
| Name: | RICK  FRANKLIN | How do I change my name? |
| Date of Birth: | ▆▆▆1968 | How do I correct my date of birth? |

### ADDRESS INFORMATION

I currently live:
- ◉ In United States or APO/FPO/DPO
- ○ Outside United States

| | |
|---|---|
| \* Address: | 708 BRAMBLING WAY |
| | |
| \* City: | STOCKBRIDGE |
| \* State: | Georgia ▼ |
| \* Zip: | 30281 - 9040 |

*NOTE: Address may be changed slightly due to postal regulations.*

### CONTACT INFORMATION

If you are updating your phone number, spaces or special characters are not required.

Enter International Phone Numbers as country code, followed by local area code and phone number (example: 902124440849)

If your primary and optional numbers are the same, we'll maintain one number on your account

DEF000019

## CONTACT INFORMATION

If you are updating your phone number, spaces or special characters are not required.

Enter International Phone Numbers as country code, followed by local area code and phone number (example: 902124440849)

If your primary and optional numbers are the same, we'll maintain one number on your account.

|  | **Phone Number** | **Type** |
|---|---|---|
| * Required - Primary Phone: | ▮3733 | * Cell ⌄ ☐ International |

**OPTIONAL - You May Provide Other Phone Numbers**

| **Other Phone Number:** | ▮2542 | Home ⌄ ☐ International |
|---|---|---|
| **Other Phone Number:** | ▮3733 | Work ⌄ ☐ International |

**Email Address:** ▮

Please visit the "My Account" page to ensure we have the most up to date email address and permissions.

I confirm that I am the owner of the cell phone number(s) that I provided above.

**Consent for Cell Phones - Automatic Dialing and Text Messaging**

If you have provided a cell phone number, you are also providing the following consents when you select the Submit button - **unless you have previously specified differently** OR you change your preferences below:

I authorize SLM Corporation, Sallie Mae Bank, Navient Corporation and Navient Solutions, Inc., and their respective subsidiaries, affiliates and agents, to contact me at such number using any means of communication, including, but not limited to, calls placed to my cellular phone using an automated dialing device, calls using prerecorded messages and/or SMS text messages, regarding any current or future loans owned or serviced by SLM Corporation, Sallie Mae Bank, Navient Corporation or Navient Solutions, Inc., or their respective subsidiaries, affiliates and agents, even if I will be charged by my service provider(s) for receiving such communications.

Change your cell phone consent preferences

▸ **Submit**

⎘ Terms of Use | ⎘ Protecting Your Privacy | ⎘ Social Media Policies | ⎘ Accessibility | 🛈 About Our Ads | Site Map | ⎘ Contact Us

© 2014 - 2015 Navient Solutions, Inc. All rights reserved. Navient and the Navient logo are service marks of Navient Solutions, Inc. Navient Corporation and its subsidiaries, including Navient Solutions, Inc., are not sponsored by or agencies of the United States of America.

DEF000020

TimeStamp: 09/24/2015 04:00:22 PM



APPLY FOR A NEW LOAN   |   MY ACCOUNT # 9212045255

| MY LOANS | MAKE PAYMENT ▼ | CHANGE PAYMENT ▼ | CUSTOMER SUPPORT ▼ | |
|----------|----------------|------------------|---------------------|---|

**Earn cash back to help pay down your eligible student loans!**

Turn every purchase you make into cash back with the Upromise MasterCard®! See Terms and Conditions



Sallie Mae® in collaboration with Navient®

**Learn More ▶**

› You have 2 message(s) **View all message(s)**

## Loan Summary   ↻ Learn how your payments are allocated and applied.

| | Loans Balance | Current Payment Due | Pay your Loans |
|---|---|---|---|
| **GRAND TOTAL** | $25,412.97 | $524.03 | ▶ Pay Loans |

---

### FEDERAL LOANS

**TAKE ACTION ON YOUR LOANS ▼**

Visit our FAQs for info on how to make payments, credit reporting, and how to contact us.

| Loan Name | Loan Balance | Current Interest Rate | Current Payment Due | Next Payment Due Date |
|-----------|-------------|-----------------------|---------------------|-----------------------|
| **Consolidation 1-01** | $15,546.28 | 5.5% | $312.01 | 09/28/2015 |
| **Consolidation 1-02** | $9,866.69 | 5.5% | $212.02 | 09/28/2015 |
| **TOTAL** | $25,412.97 | | $524.03 | |

| PENDING PAYMENTS | FEDERAL LOANS | PAYMENTS RECEIVED | FEDERAL LOANS |
|---|---|---|---|

DEF000021

**PENDING PAYMENTS**   FEDERAL LOANS

**PAYMENTS RECEIVED**   FEDERAL LOANS



**REWARDS**

› Learn More
› Join Upromise for free and earn cash back for everyday spending - which can help pay your loan faster!



⬀ Terms of Use  |  ⬀ Protecting Your Privacy  |  ⬀ Social Media Policies  |  ⬀ Accessibility  |  ⓘ About Our Ads  |  Site Map  |  ⬀ Contact Us

Website Feedback [-]

© 2014 - 2015 Navient Solutions, Inc. All rights reserved. Navient and the Navient logo are service marks of Navient Solutions, Inc. Navient Corporation and its subsidiaries, including Navient Solutions, Inc., are not sponsored by or agencies of the United States of America.

DEF000022

TimeStamp: 09/24/2015 04:00:40 PM

**You currently do not have any pending payments**

DEF000023

**You have no posted payments**

DEF000024