# EXHIBIT 8



# MANDATORY FORBEARANCE REQUEST
## STUDENT LOAN DEBT BURDEN

**SLDB**

OMB No. 1845-0018
Form Approved
Exp. Date 9/30/2018

William D. Ford Federal Direct Loan (Direct Loan) Program / Federal Family Education Loan (FFEL) Program / Federal Perkins Loan (Perkins Loan) Program

WARNING: Any person who knowingly makes a false statement or misrepresentation on this form or on any accompanying document is subject to penalties that may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

## SECTION 1: BORROWER INFORMATION

Please enter or correct the following information.
☐ Check this box if any of your information has changed.

RICK R FRANKLIN
708 BRAMBLING WAY
STOCKBRIDGE GA 30281-9040

SSN _ - 7509
Name: Rick Franklin
Address: 708 Brambling Way
City: Stockbridge  State: GA  Zip Code: 3xx5-1
Telephone - Primary: - 3733
Telephone - Alternate:
Email (optional):

## SECTION 2: BORROWER DETERMINATION OF FORBEARANCE ELIGIBILITY

**Carefully read the entire form before completing it. Complete Section 2 in its entirety. Maximum eligibility is 36 months.** As an alternative to this forbearance, you may qualify for a deferment or for a repayment plan that determines your monthly payment amount based on your income. Visit **StudentAid.gov/IDR** for more information.

1. Do you currently have taxable income?

    Check "No" if you do not have any income or only receive untaxed income.

    ☐ Yes – Continue to Item 2.
    ☒ No – Skip to Section 3.

2. What is your total monthly taxable income?

    _____

    You must attach documentation of your monthly income, such as a tax return, W-2s, or dividend statements. Monthly income is either (you choose):

    - Your gross taxable income from all sources or;
    - One-twelfth of the Adjusted Gross Income from your most recent federal income tax return.

3. Multiply the amount in Item 2 by 20% (0.20):

    _____

4. What is the total amount of your monthly payments on all of your Title IV loans?

    _____

    You must attach documentation of your most recent monthly payments due on each of your Title IV loans, such as a monthly statement or repayment schedule.

5. Is the amount reported in Item 4 equal to or greater than the amount calculated in Item 3?

    ☐ Yes – Continue to Item 3.
    ☐ No – You are not eligible for this forbearance.

Page 1 of 4



| Borrower Name | Ricky Franklin | Borrower SSN | 7507 |

## SECTION 3: BORROWER REQUESTS, UNDERSTANDINGS, CERTIFICATIONS, AND AUTHORIZATION

I request:

- My loan holder grant forbearance for the period during which I meet the qualifications for the forbearance. If approved for a forbearance, I would like to:
    - [X] Temporarily stop making payments; or
    - [ ] Make smaller payments in the amount of _____ per month.
- My forbearance begin on the following date: _____.
- My loan holder grant my forbearance for up to 12 months unless I specify an earlier end date: OCT 2016.
- [ ] If indicated, to make interest payments on my loans during forbearance.

I understand:

- I am not required to make payments of loan principal or interest during forbearance.
- My forbearance will begin on the later of the date I became eligible for the forbearance or the date I requested.
- My forbearance will end on the earlier of the date I exhaust my maximum eligibility for the forbearance, 12 months from the date my forbearance begins, on the date I am no longer eligible for the forbearance, or the end date I requested.
- My forbearance will only be granted in increments of up to 12 months, and I must reapply for the forbearance if I continue to meet the eligibility requirements and want to extend my forbearance.
- Interest may capitalize on my loans during or at the expiration of my forbearance, but interest never capitalizes on Perkins Loans.
- If I do not qualify for this forbearance, my loan holder may apply a discretionary forbearance for the same period if I am eligible.

I certify that:

- The information I have provided on this form is true and correct.
- I will provide additional documentation to my loan holder, as required, to support my forbearance eligibility.
- I will notify my loan holder immediately when my eligibility for the forbearance ends.
- I have read, understand, and meet the eligibility requirements in Section 2.

I authorize the entity to which I submit this request and its agents to contact me regarding my request or my loans at any cellular telephone number that I provide now or in the future using automated telephone dialing equipment or artificial prerecorded voice or text messages.

| Borrower's or Endorser's Signature | *(signed)* | Date | 1 OCT 16 |

## SECTION 4: INSTRUCTIONS FOR COMPLETING THE FORM

Type or print using dark ink. Enter dates as month-day-year (mm-dd-yyyy). Example: March 14, 2015 = 03-14-2015. Include your name and account number on any documentation that you submit with this form. If you want to apply for a forbearance on loans that are held by different loan holders, you must submit a separate forbearance request to each loan holder. **Return the completed form and any required documentation to the address shown in Section 6.**

Endorsers may request forbearance only when you are required to repay the loan because the borrower is not making payments. For those who have loans made jointly (as co-makers), both borrowers must individually meet the requirements for a forbearance and each of you must submit a separate forbearance request.