# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| RICKY R. FRANKLIN | ) | Civil Action No: 17-1640-RGA |
| Plaintiff, | ) | |
| v. | ) | |
| NAVIENT, INC., and | ) | |
| STUDENT ASSISTANCE, INC., | ) | |
| Defendants | ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE NEW EVIDENCE IN SUPPORT OF HIS MOTION FOR RECONSIDERATION (D.I. 43 and 48)

Plaintiff by and thru himself, respectfully requests leave to file new evidence which is relevant to his Motion for Reconsideration (D.I. 43 and 48). Plaintiff submits new evidence that his alleged loan with Defendants Navient Inc., and Student Assistance Inc., (hereinafter, "Defendants") was not guaranteed or owed to the United States Government as brief by the Defendants Motion for summary judgment filed in November of 2018.  (D.I. 32 and D.I. 32-1)  This evidence further supports Plaintiffs Reply Brief (D.I. 37)  and Motion for Reconsideration and Reply (D.I. 43, 48) on why the Defendants are liable for

violations involving the Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 et seq.

On March 03, 2020, Plaintiff ordered his credit report from the three major credit reporting agencies, Equifax, Transunion, and Experian. On the report it shows that Plaintiffs loan with the Defendants was sold to another company in July of 2018. (Exhibit 2) Not only was the loan sold before the Defendants filed for summary judgement claiming that Plaintiff loan was owed to the Government, but the reports show that Plaintiff loan is owned by a trust, specifically, Deutsche Bank ELT SLM Trust. The securitization of a loan begins with a financial institution assembling a pool of receivables on loans that it made or acquired. Eventually, these private loans are sold to investors from trusts called asset-backed securities. (See Exhibit 3).

In July of 2018, Defendants closed Plaintiffs account and transferred it to Ascendium f/k/a Great Lakes, which is a private guarantor of loans for its clients. (See Exhibit 4). Further, Plaintiff called to talked to Ascendium and recorded the conversation as follows:

Guarantor: *What is the most you can pay for the loan*
Plaintiff Franklin: I don't have a past due balance
Guarantor: *According to Navient you are 251 days past due.*
Plaintiff Franklin: Who are you all, and how did you all get involved?
Guarantor: *We are your guarantor on the loan, so we're like the insurance on the loan.*

Plaintiff Franklin:  Are you sure you are the guarantor on the loan?
Guarantor:  *Yes...we are responsible for paying off the loan with the lender, Navient.  We are and have always been the guarantor on the loan*

   The information learned by Plaintiff is relevant to the arguments that support Plaintiffs motion for reconsideration and reply.  (D.I. 43, 48) Attached as Exhibits are Plaintiffs 1) Affidavit; 2) credit report (redacted); 3) Sallie Mae Asset backed securities, 4) Security Exchange Commission's Trust filing by Ascendium.  These information is very relevant and was unknown by the Plaintiff until March 03, 2020.

Date:  March 06, 2020                                                                         Respectfully submitted,

/s/Ricky R. Franklin

Ricky R. Franklin

708 Brambling Way
Stockbridge, GA 30281
rrfrank12@hotmail.com
678.650.3733

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 06th, 2020 I electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the Defendant's Counsel listed below:

**STRADLEY RONON STEVENS & YOUNG, LLP**

**JOELLE E. POLESKY**

**NAVIENT SOLUTIONS, LLC**

**STUDENT ASSISTANCE CORPORATION**

**1000 N. West Street, Suite 1200**

**Wilmington, DE 19801**

**COUNSEL FOR DEFENDANT NAVIENT SOLUTIONS**

Plaintiff, Pro-Se

/s/Ricky R. Franklin

Ricky R. Franklin
708 Brambling Way
Stockbridge, GA 30281