

Kenneth L. Dorsney
302.888.6855
kdorsney@morrisjames.com

January 13, 2021

**VIA EFILING AND FIRST CLASS MAIL**
The Honorable Stephanos Bibas
U.S. Court of Appeals
Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:   *Franklin v. Navient, Inc. and Student Assistance, Inc.*
            **C.A. No. 17-1640-SB**

Dear Judge Bibas:

    Pursuant to the Court's January 8, 2021 Oral Order, Amici Counsel Kenneth L. Dorsney and Cortlan S. Hitch provide, respectfully, that they are available at the Court's convenience the week of March 1, 2021, and are otherwise available if Your Honor has any questions or concerns.

                                   Respectfully,

                                   */s/ Kenneth L. Dorsney*

                                   Kenneth L. Dorsney (#3726)
                                   *kdorsney@morrisjames.com*

cc: All Counsel of Record (via CM/ECF)
    Ricky R. Franklin (via electronic mail and First Class Mail)

## CERTIFICATE OF SERVICE

I, Kenneth L. Dorsney, hereby certify that on January 13, 2021, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notifications to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on the same date the attached document was sent by first class mail and electronically mailed to the following person(s):

Ricky R. Franklin
708 Brambling Way
Stockbridge, GA 30281
Rfrank12@hotmail.com

*Plaintiff*

    */s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Amici Curiae Counsel for Plaintiff*