IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RICKY R. FRANKLIN,

    *Plaintiff,*

v.

NAVIENT, INC.; STUDENT ASSISTANCE, INC.,

    *Defendants.*

No. 1:17-cv-1640-SB

## ORDER

For the reasons given in the accompanying opinion, I order that:

1. Franklin's motion to alter judgment [D.I. 71] is **GRANTED**. The Court's order granting summary judgment [D.I. 41] is **AMENDED**. The Telephone Consumer Protection Act claims may go forward on telephone calls after November 2, 2015.

2. Navient's motion to stay [D.I. 73] is **DENIED AS MOOT**.

3. By April 30, the parties shall confer and submit a proposed amended scheduling order.

Dated: April 19, 2021

                                              UNITED STATES CIRCUIT JUDGE