IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RICKY R. FRANKLIN,

    *Plaintiff,*

v().

NAVIENT, INC.; STUDENT ASSIS-
TANCE, INC.,

    *Defendants.*

No. 1:17-cv-1640-SB

## Order

1. The motion to amend (D.I. 106) is **GRANTED**.

2. The summary-judgment order (D.I. 41) and the order altering it (D.I. 96) are **AMENDED**. Navient did not violate the Telephone Consumer Protection Act by using an automatic telephone dialing system. Franklin's claims are limited to calls that used an artificial or prerecorded voice.

3. By July 19, the parties shall confer and submit a proposed amended scheduling order.

Dated: July 12, 2021

                                            UNITED STATES CIRCUIT JUDGE